UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2021 AUG -4 PM 3: 11
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTIAN H. RICE

CASE NO. 6:21-cr-108-PGB-GJK
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 18, 2021, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTIAN H. RICE,

did employ, use, persuade, induce, entice, and coerce a minor, namely, Victim-1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, IMG_4463.MOV, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

On or about June 18, 2021, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTIAN H. RICE,

did employ, use, persuade, induce, entice, and coerce a minor, namely, Victim-1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, IMG_4458.MOV, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT THREE

On or about June 19, 2021, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTIAN H. RICE

did knowingly distribute child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been transported using any means and facility of interstate and foreign commerce, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT FOUR

On or about June 19, 2021, in the Middle District of Florida, and elsewhere, the defendant,

### CHRISTIAN H. RICE

did knowingly receive child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been transported using any means and facility of interstate and foreign commerce, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT FIVE

On or about June 24, 2021, in the Middle District of Florida, and elsewhere, the defendant,

### CHRISTIAN H. RICE

did knowingly possess materials that contained images of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2251(a), 18 U.S.C. § 2252A(a)(2), or 18 U.S.C. § 2252A(a)(5)(B), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following: iPhone 8 plus.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CHRISTIAN H. RICE

## INDICTMENT

Violations:

18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

A true bill,

_____
Foreperson

Filed in open court this 4th day of August, 2021.

_____
Clerk

Bail  $_____

GPO 863 525